# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**SHELLY A. MISHAL**,

              Plaintiff,

v.

**HONEYWELL INTERNATIONAL INC.,**
and **HONEYWELL RETIREMENT
EARNINGS PLAN** (**f/k/a Salaried Employees
Pension Plan of Allied Signal, Inc.**),

              Defendants.

Case No. 08-13201
Hon. Patrick J. Duggan
Magistrate Donald A. Scheer

_____

| | |
|---|---|
| **HERTZ SCHRAM PC** | **CLARK HILL PLC** |
| **EVA T. CANTARELLA (P51917)** | **DAVID A. HARDESTY (P38609)** |
| **STEVE J. WEISS (P32174)** | Attorneys for Defendants |
| **DEREK D. McCLEOD (P66229)** | 500 Woodward Ave., Ste. 3500 |
| Attorneys for Plaintiff | Detroit, MI 48226 |
| 1760 Telegraph Rd., Ste. 300 | (313) 965-8300 |
| Bloomfield Hills, MI 48302 | |
| (248) 335-5000 | |

_____

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, **SHELLY MISHAL**, through her attorneys, **HERTZ SCHRAM PC**, and Defendants, **HONEYWELL INTERNATIONAL INC.** and **HONEYWELL RETIREMENT EARNINGS PLAN**, through their attorneys, **CLARK HILL PLC**, stipulate that all issues raised in this action have been resolved, and that the Complaint should be dismissed, with prejudice, and with no award of costs or attorney fees.

| | |
|---|---|
| **HERTZ SCHRAM PC** | **CLARK HILL PLC** |
| | |
| s/s with consent of Eva T. Cantarella | s/s David A. Hardesty |
| **Eva T. Cantarella P51917** | **David A. Hardesty P38609** |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated:  May ___, 2009.

**SO ORDERED.**

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 11, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager